BAILEY, District Judge,
concurring:
I fully concur in Judge Duncan’s excellent opinion. I write separately to urge this Court to take this case or some other suitable case en banc to consider the viability of United States v. Collins, 415 F.3d 304 (4th Cir.2005), in the wake of United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). I am of the opinion that Collins is no longer viable for the reasons stated in footnote 12 of United States v. Foster, 507 F.3d 233 (4th Cir. 2007), and the reasons stated in Judge Niemeyer’s dissent in United States v. Ferguson, 245 Fed.Appx. 233 (4th Cir. 2007). See also Derman v. United States, 298 F.3d 34, 42-43 (1st Cir.2002), United States v. Turner, 319 F.3d 716, 722-23 (5th Cir.2003), United States v. Knight, 342 F.3d 697, 710-11 (7th Cir.2003), United States v. Phillips, 349 F.3d 138, 141-43 (3d Cir.2003), vacated on other grounds, 543 U.S. 1102, 125 S.Ct. 992, 160 L.Ed.2d 1012 (2005), and United States v. Stiger, 413 F.3d 1185 (10th Cir.2005). I am of the opinion that the only issue which should be sent to the jury is the drug type and weight for the entire conspiracy, leaving individual culpability to the sentencing judge.